# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Marshall Wayne Lewins,                 * From the 238th District
                                             Court of Midland County,
                                             Trial Court No. CR37426.

Vs. No. 11-11-00296-CR               * August 30, 2013

The State of Texas,                   * Memorandum Opinion by Wright, C.J.
                                             (Panel consists of: Wright, C.J.,
                                             McCall, J., and Willson, J.)

      This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.